# EXHIBIT 1

**From:** cnabit@aol.com,
**To:** kfowlkes@sandpiper.us.com,
**Cc:** emorris@sandpiper.us.com,
**Subject:** Re: Unauthorized hotel charges
**Date:** Mon, Jul 8, 2019 3:39 pm

Ms Fowlkes

Further to my earlier email, and in response to your request, the name of the guest was R<sup>REDACTED</sup>H<sup>REDACTED</sup>

I reiterate, however, the name of the guest is irrelevant to the fact that over $1800 in unauthorized charges were charged to my account by one of your hotel employee with no authority to do so.

I look forward to a quick resolution of this matter.

Chuck Nabit, Esq.

Sent from my iPhone

On Jul 3, 2019, at 7:14 PM, Charles Nabit <cnabit@aol.com> wrote:

Ms Fowlkes

I don't have that information at hand this minute. However, I gave it to Mr Morris previously. I reiterate, however, that there were over $1800 in unauthorized charges applied to my credit card that were completely inappropriate.

You lease check with Mr Morris.

Thank you.

Chuck Nabit, Esq

Sent from my iPhone

On Jul 3, 2019, at 2:32 PM, Kiera Fowlkes <kfowlkes@sandpiper.us.com> wrote:

Good morning,

What was the guest name that stayed with us?

Kiera Fowlkes

Get Outlook for iOS

**From:** Charles Nabit <cnabit@aol.com>
**Sent:** Wednesday, July 3, 2019 7:28:14 AM
**To:** Eugene Morris Jr.
**Cc:** Kiera Fowlkes
**Subject:** Re: Unauthorized hotel charges

Dear Ms Fowkles

I have been corresponding with Mr Morris concerning some $1800 in unauthorized charges made to my credit card account by your hotel. He has referred me to you.

These unauthorized and illegal charges must be credited back to my account immediately. No hotel employee was authorized to charge my account; as such, these charges are fraudulent.

Mr Morris has all the information. I look forward to swift resolution of this matter.

Chuck Nabit, Esq.

Sent from my iPhone

On Jul 3, 2019, at 12:11 PM, Eugene Morris Jr. <emorris@sandpiper.us.com> wrote:

> Dear, Mr.Nabit,
>
> Please reach out to Ms.Kiera Fowkles she will resolve this matter.
>
> Please call her at 443-290-0101 and email her kfowlkes@sandpiper.us.com
>
> We apologize for any delays and concerns
>
> Thanks
>
> From: Charles Nabit
> Sent: Wednesday, July 3, 4:45 AM
> Subject: Re: Unauthorized hotel charges
> To: Eugene Morris Jr.
>
>
> Eugene
>
> I have been patiently waiting to hear back from you that you have resolved the errors and re-credited my account for the unauthorized charges.
>
> I have heard nothing from you.
>
> Please advise status as soon as possible or I will be forced to contact credit card company and appropriate authorities including Better Business Bureau and Maryland Hospitality

Association.

Thank you for prompt attention.

Chuck Nabit


Sent from my iPhone

On Jun 26, 2019, at 5:46 PM, Charles Nabit <cnabit@aol.com> wrote:

> Hello Eugene:
>
> Thank you for the reply!
>
> My credit card info is as follows:
>
> # REDACTED
>
> Obviously I am a bit uncomfortable providing all this information, and I am confident you will treat it confidentially by you. I really appreciate your looking into this matter. I will say again, only the initial charge was authorized. All the remaining charges were not authorized. They must be reversed. I would like to know, as well, how this could even happen. It is very baffling to me how a reputable commercial establishment could do this.
>
> Thank you.
>
> Chuck Nabit
>
> In a message dated 6/26/2019 10:43:12 AM Eastern Standard Time, emorris@sandpiper.us.com writes:
>
>> Dear Mr. Nabit,
>>
>> Can you forward your full credit card number, expiration date--Month and Year and Security code...I could not find your name but need to pull everything by the credit card charged.
>>
>> Once, I verify everything, I will adjust the unauthorized charges evenly over several days.
>>
>> I will take care of this matter

Thank you for your patience and understanding.

**Eugene Morris Jr**

General Manager

WoodSpring Suites White Marsh

4985 Mercantile Road, Nottingham, MD 21236

O: 443-290-0101 F: 443-290-0103

woodspring.com I choicehotels.com

Get Outlook for Android
From: Charles Nabit
Sent: Tuesday, June 18, 1:17 PM
Subject: Unauthorized hotel charges
To: Eugene Morris Jr.
Cc: Charles J. Nabit-MIAMI

Hello Eugene

Thank you for taking my call and looking into these unauthorized charges on my REDACTED account. I have sent a copy of the statement page detailing these charges.

As I said to you over the phone, the first charge of $191.52 was authorized by me and made in person at the hotel. The reservation was in the name of R REDACTED H REDACTED All the remaining charges were NOT authorized.

Thank you for your attention to this matter.

Charles Nabit
410-963-0700

<IMG_8605.jpg>

Sent from my iPhone

\<IMG_8605.jpg\>

**REDACTED**

| Date | Description | | Amount | |
|---|---|---|---|---|
| 05/09 | Debit Card Purchase 05/06 04:24p #9802 WOODSPRING SUITES WHIT NOTTINGHAM MD 19128 | 2 | 191.52 | ✓ |

**REDACTED**

| Date | Description | | Amount | |
|---|---|---|---|---|
| 05/14 | Debit Card Purchase 05/10 12:55p #9802 WOODSPRING SUITES WHIT NOTTINGHAM MD 19133 Hotels & Motels | 2 | 211.40 | ✓ |
| 05/14 | Debit Card Purchase 05/11 05:05p #9802 WOODSPRING SUITES WHIT NOTTINGHAM MD 19135 Hotels & Motels | 2 | 214.32 | |
| 05/14 | Debit Card Purchase 05/08 #9802 WOODSPRING SUITES WHIT NOTTINGHAM MD 19131 Hotels & Motels | 3 | 287.28 | |
| 05/15 | Debit Card Purchase 05/12 03:41p #9802 WOODSPRING SUITES WHIT NOTTINGHAM MD 19134 | 2 | 159.60 | |

**REDACTED**

| Date | Description | | Amount |
|---|---|---|---|
| 05/16 | Debit Card Purchase 05/14 07:33a #9802 WOODSPRING SUITES WHIT NOTTINGHAM MD 19135 | 2 | 153.60 |

**REDACTED**

REDACTED

| Date | Description | Amount | |
|---|---|---|---|
| 05/20 | Debit Card Purchase 05/14 #9802 WOODSPRING SUITES WHIT NOTTINGHAM MD 19137 | → 800.00 | ✗ |

REDACTED

**REDACTED**

# REDACTED

Sent from my iPhone