# EXHIBIT 2

Escort Baltimore | Listing 443-452-9581 | Escort Alligator



← Back | Read Reviews | Save Post

🍃 ya fav girl N   is back ! You know what to do🍃 - 25

1

Mon 07 Jun 2021 5:42 AM
*I see:* Men/Women/Couples

Pretty petite & ready to please. Carplay specials available 247😋 come treat yourself, serious inquires only.
Pictures and videos available to purchase via CashApp * Notify me if we have previously met upon booking appointment.
Dont waste my time and I wont waste Yours!

443-452-9581 (tel:4434529581)                    **Nym:** n

**Age:** 25
**Location:** REDACTED
southwest balto

**Avoid Scams**                                  **Report This Post**
















