EXHIBIT 3

# REDACTED

**From:** REDACTED
**Sent:** Friday, June 12, 2020 1:50 PM
**To:**
**Subject:** REDACTED
**Attachments:** Screenshot 2020-06-12 at 1.48.52 PM.png; ATT00001.txt

Text received from Ana just now.

1

imma go off

You really made the wrong one hungry bitch

Steven A. Allen

Begin forwarded message:

**From:** PNC Alerts <pncalerts@pnc.com>
**Subject:** REDACTED  AREDACTED **is requesting money**
**Date:** June 17, 2020 at 3:03:43 PM EDT
**To:** cnabit@aol.com



Request Received
**Request from:** REDACTEDAREDACTED
**Amount:** $30.00
**Note:** hello?
**Date:** 6/17/20
**Request ID:** BAC573zs024r7

Please log into your PNC Banking mobile app and tap the menu option to Send Money with Zelle®. Requests will appear under the Activity menu, simply tap on the request to send money.
Thank you for banking with PNC Bank.
This mailbox is not monitored. Please do not reply. Account-related questions can only be answered via secure forms of communication such as our Online Banking Message Center. Please sign on to send us a secure message. If you would like to speak to Customer Service, please call 1-800-762-2033; Monday through Friday 7 am to 10 pm, Saturday and Sunday 8 am to 5 pm ET.
Visit pnc.com to view our privacy and security policies.

® 2020 The PNC Financial Services Group, Inc. All rights reserved.

This email was sent because either it is an automatic security/service alert or you requested the alerts. If this alert was not addressed to you, you have no legal right to read it. If you think you received it in error, please contact us at 1-888-PNC-BANK.

1



