# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Case No. 21-cr-38-GLR |
| CHARLES NABIT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is this **22nd** day of **June**, 2021,

ORDERED that Defendant Charles J. Nabit's Motion to Seal Unredacted Reply Memorandum is hereby GRANTED; and that the Clerk shall place the Unredacted Reply Memorandum filed by Defendant Nabit Under Seal.

_____
George Levi Russell III
Judge, United States District Court