# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Case No. 21-cr-38-GLR |
| CHARLES NABIT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL DEFENDANT'S REPLY
## TO GOVERNMENT'S SUPPLEMENTAL MEMORANDUM

Defendant Charles J. Nabit, by Steven A. Allen and Aidan F. Smith, his attorneys, submits this Motion to Seal Defendant's Reply to Government's Supplemental Memorandum and says:

1. Because the Reply of Defendant to the Government's Supplemental Memorandum contains personal information about the women with whom Mr. Nabit was involved, it is requested that the Court seal Defendant's Reply to Government's Supplemental Memorandum.

2. The Government does not object to Defendant's Reply to Government's Supplemental Memorandum being filed under seal.

3. Complete copies of Defendant's Reply to Government's Supplemental Memorandum have been provided to the Government and the Probation Officer.

For the foregoing reasons, it is requested that the Court enter an Order sealing Defendant's Reply to Government's Supplemental Memorandum.

Respectfully submitted,

*/s/ Steven A. Allen*
Steven A. Allen (Federal Bar No. 00607)
sallen@pklaw.com
Aidan F. Smith (Federal Bar No. 29312)
asmith@pklaw.com
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
410-339-6779
410-832-5602 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th of August, 2021, the foregoing was served upon counsel for the United States via electronic filing.

*/s/ Steven A. Allen*
Steven A. Allen (Federal Bar No. 00607)